☐ Original

CLERK'S OFFICE
A TRUE COPY
Mar 18, 2025
s/ K. Reed
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>Devices further described in Attachment A, located at the WCSO Computer Forensic Lab (CFL) located at 515 West Moreland Boulevard, Waukesha, WI 53188 | Case No. 25 MJ 38 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Eastern___ District of ___Wisconsin___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___04/01/2025___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Hon. William E. Duffin___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   03/18/2025 at 9:20 a.m.                *William E. Duffin*
                                                               *Judge's signature*

City and state:   Milwaukee, Wisconsin                 Hon. William E. Duffin, U.S. Magistrate Judge
                                                       *Printed name and title*

| Return |||
|---|---|---|
| Case No.: 25 MJ 38 | Date and time warrant executed: 3/19/2025 at 9:30 a.m. | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

Extraction Images provided by Waukesha County Sheriff's Office
G41_DellLaptop_CFL123; LenovoLaptop_CFL116; LenovoLaptop_CFL117; MyPassportHDD_CFL122
Item A4: Ubiquiti_CFL119; USB_MicroSD_SD_CFL111; W25015393_Donald's iPhone_CFL93
W25015393_Nikita's iPhone_CFL92; W25015393_Nikita's Old iPhone_CFL125; YiCamera_CFL110
YiCameras_CFL101

Devices received from Waukesha County Sheriff's Office on 3/19/25 at 9:30am
Item A1: HP PAVILION 523W S/N: MX24490881; ITEM A2: HP TOWER S/N: MX892907YS
ITEM A3: HP PRODESK P/N: 753794-004; ITEM A5: APPLE MODEL: A2179 S/N: FVFDNUE2MNHR
ITEM A6: APPLE MODEL: A1466 S/N: C17QP4LRG940; ITEM A8: HP PAVILLION SLIMLINE S/N: 4CE12000R0
ITEN A10: PANASONINC LAPTOP Model: CF-FV4SDHMBM S/N: 4HKSR81304
ITEM A12: IPHONE Model: A1661 FCC ID: BCG-E3087A
ITEM A13: DIGITAL CAMERAS   A. SONY CYBERSHOT   B. KODAK AZ421   C. COOLPIX B500
ITEM A14: ROSE GOLD APPLE IPAD IN PURPLE CASE MODEL: A1701 S/N: DMPWP315HP53
ITEM A15: BLUE APPLE AIR IPAD AIR (DAMAGED) MODEL: A2588 S/N GVCF7WXGXQ
ITEM B6: UBIQUITI VIDEO MAC S/N: 1633F802AA84FFC93; ITEM D1: CAMPAK T40 TRAIL CAMERA
ITEM D2: RONITRY TRAIL CAMERA
ITEM G14: 2 APPLE WATCHES (1) SERIES 4, (1) SERIES 6 UNKNOWN SERIAL NUMBERS
ITEM G16: BLACK IPHONE MODEL: A1429 IMEI: 990003174213740
ITEM G21: KINDLE S/N: G000 PP12 9424 17PE
ITEM G38: WAUKESHA SCHOOL IPAD MODEL: A2602 S/N: DCQ6GM5F95
ITEM G39: SILVER IPAD MODEL: A1395 S/N: DKV90EKDFJ0
ITEM G40: IPAD IN BLACK LEATHER CASE MODEL: A1701 MODEL: DMPVR5YBHP51
ITEM G43: IPAD IN COLORFUL CASE MODEL: AZ588 S/N: HC3024WWK9
ITEM G44: ROSE GOLD IPAD MODEL: A1566 S/N: DLXNKBNHG5W0
ITEM G45: ROSE GOLD IPAD MODEL: A1566 S/N: DMQRTAH8GSW0
ITEM G46: SILVER IPAD MODEL: A2327 S/N: L3DONRLL2W

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/7/25

*Executing officer's signature* /FBI/

SPECIAL AGENT JUSTIN MOSIMAN /FBI/
*Printed name and title*